# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN TITLE, INC., | ) | |
| | ) | 8:03CV463 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GENISYS FINANCIAL, CORP., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Stipulation to Submit to Binding Arbitration (Filing No. 48). The parties seek a stay of this civil proceeding pending their completion of arbitration. The parties state the arbitration proceeding is scheduled for July 20-22, 2005. Upon consideration,

**IT IS ORDERED**:

1. The parties' Stipulation to Submit to Binding Arbitration and to stay this proceeding (Filing No. 48) is granted.

2. All proceedings in this case are stayed pending further court order.

3. Counsel shall file a joint status report concerning the status of this case on **July 29, 2005**, and every thirty days thereafter until this case is closed.

DATED this 11th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge