IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN TITLE INC., | ) | |
| | ) | 8:03CV463 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GENISYS FINANCIAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's oral motion to extend time in which to file a brief in support of its motion (Filing No. 63) to compel.  Upon consideration,

**IT IS ORDERED:**

1. The defendant's oral motion to extend time is granted as set forth below.

2. The defendant has to **on or before August 5, 2005,** in which to file a brief in support of its motion (Filing No. 63) to compel.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge