IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN TITLE, INC., | ) | |
| | ) | 8:03CV463 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GENISYS FINANCIAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Abeyance (Filing No. 77). The plaintiff moves the court to hold the plaintiff's Motion for Leave to Amend Complaint (Filing No. 71) and Motion to Reconsider (Filing No. 75) in abeyance as the parties "appear to have reached a settlement agreement in this matter." Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Abeyance (Filing No. 77) is granted.

2. The plaintiff's Motion for Leave to Amend Complaint (Filing No. 71) and Motion to Reconsider (Filing No. 75) are held in abeyance.

3. In the event the parties do not settle this matter **on or before November 15, 2005**, the plaintiff must file a status report with the court regarding the status of settlement. If needed, the plaintiff will file a motion with the court requesting relief from this Order such that the court may establish response and reply deadlines with regard to the plaintiff's pending motions.

DATED this 12th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge