## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMERICAN TITLE, INC.,** | ) | |
| | ) | **8:03CV463** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GENISYS FINANCIAL, CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' status report (Filing No. 89) stating settlement negotiations failed to resolve the case and after a telephone conference with counsel for the parties.  Upon consideration,

**IT IS ORDERED:**

The defendant shall have **until April 7, 2006,** to respond to the plaintiff's Motion for Leave to Amend the Complaint (Filing No. 71) and Motion for Reconsideration (Filing No. 75).  The plaintiff shall have **until April 14, 2006,** to file a reply.  The parties shall specifically address the time deadline in the Stipulation for Binding Arbitration (Filing No. 48).

DATED this 22nd day of March, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge