IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN TITLE, INC., | ) | |
| | ) | 8:03CV463 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GENISYS FINANCIAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Charles O. Forrest and the firm of Dwyer, Smith, Gardner, Lazer, Pohren, Rogers and Forrest, LLP to withdraw as counsel for the defendant Genisys Financial Corporation (Filing No. 91).  New counsel has entered an appearance for the defendant.  **See** Filing No. 94.  The court finds good cause shown for the withdrawal of counsel pursuant to NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1.  The motion of Charles O. Forrest and the firm of Dwyer, Smith, Gardner, Lazer, Pohren, Rogers and Forrest, LLP to withdraw as counsel for the defendant Genisys Financial Corporation (Filing No. 91) is granted.

2.  The Clerk of Court shall stop all electronic notices to Mr. Forrest and to Mr. Smith from Dwyer, Smith, Gardner, Lazer, Pohren, Rogers and Forrest, LLP regarding this case.

**IT IS FURTHER ORDERED:**

The defendant shall have **until May 22, 2006**, to respond to the plaintiff's Motion for Leave to Amend the Complaint (Filing No. 71) and Motion for Reconsideration (Filing No. 75).  The plaintiff shall have **until May 26, 2006**, to file a reply.  The parties shall specifically address the time deadline of the Stipulation for Binding Arbitration (Filing No. 48).

DATED this 5th day of May, 2006.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge